**Electronically Filed
Supreme Court
SCWC-17-0000527
26-DEC-2018
03:05 PM**

SCWC-17-0000527

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MALISA COPPERFIELD,
Respondent/Plaintiff-Appellant,

vs.

MICHAEL McDONALD, M.D.,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000527; CIV. NO. 15-1-0269(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Michael McDonald, M.D.'s application for writ of certiorari filed on November 9, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, December 26, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

